U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB - 4 2009

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:06 CR 20018** |
| **VS.** | : | **JUDGE MINALDI** |
| **ROBERT L. MARKS, JR.** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that both the Motion to Reduce Sentence [doc. 36] pursuant to 18 U.S.C. §3582(c) and the Motion to Vacate [doc. 38] pursuant to 28 U.S.C. §2255 ARE DENIED.

Lake Charles, Louisiana, this 4 day of February, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE