RECEIVED
IN LAKE CHARLES, LA.

JUL 15 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:06CR 20018-001 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ROBERT MARKS | : | MAGISTRATE JUDGE KAY |

### MEMORANDUM RULING

Presently before the court is a Motion for Reduction of Sentence [doc. 63] filed by the defendant, Robert Marks. The Government has opposed this motion [doc. 65]. The defendant is asking for a reduction of his sentence.

On October 10, 2007, pursuant to a written plea agreement, the defendant pleaded guilty to a bill of information charging him with possession and pledge of a stolen firearm, in violation of 18 U.S.C. § 922(j). (Rec. Docs. 28-30). On January 18, 2008, the defendant was sentenced to 84 months imprisonment. (Rec. Doc. 35).

On August 20, 2008, the defendant filed a motion to reduce sentence. (Rec. Doc. 37). On December 1, 2008, the defendant filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. (Rec. Doc. 38). On February 4, 2009, this Court denied those motions. (Rec. Doc. 46). This Court and the Fifth Circuit both denied certificates of appealability as to the denial of the § 2255 motion. (Rec. Docs. 48, 61). On March 25, 2010, the defendant filed the instant motion to reduce sentence. (Rec. Doc. 63).

This current Motion for a Reduction of Sentence will be denied as it is, in fact, a successive

§2255 motion. This court has no jurisdiction to consider this motion prior to the defendant receiving authorization from the Fifth Circuit to file a successive §2255 motion.

Lake Charles, Louisiana, this ___15___ day of July, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT